| | |
|---|---|
| BRYCE DOWNIE,<br><br>*Plaintiff,*<br><br>v.<br><br>REVCO DISCOUNT DRUG CENTERS, INC.,<br><br>*Defendant.* | CIVIL ACTION NO. 3:05-CV-00021<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Plaintiff's objections to the Report and Recommendation are OVERRULED, the Report and Recommendation is ADOPTED in part, and Defendant's motions to strike the evidence of James Wilt and for summary judgment are GRANTED. This case is dismissed and stricken from the docket of the Court.

The Clerk of the Court is hereby directed to send a certified copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTER: _/s/ Norman K. Moon_
U.S. District Court Judge

DATE: August 16, 2006